UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : **INDICTMENT**

- v. - : S2 05 Cr. 698 (GBD)

FRANCO OLMEDA-RUEDA,
RAFAEL DE LA CRUZ,
JOSE LUIS PENA-VALENCIA,
MIGUEL UBILES,
RAMON RAMIREZ,
JASON CARDONA,
RICARD DEVIN OSPINA,
a/k/a "Billy,"
ANDRES ARANGO,
SANDRA RAMOS,
JOSE MENDEZ,
JULIAN MALPICA, and
RICHARD DELGIUDICE,

Defendants.

- - - - - - - - - - - - - - - - - - -x




**COUNT ONE**

The Grand Jury charges:

1. From at least in or about March 2005, up to and including on or about July 8, 2005, in the Southern District of New York and elsewhere, FRANCO OLMEDA-RUEDA, RAFAEL DE LA CRUZ, JOSE LUIS PENA-VALENCIA, MIGUEL UBILES, RAMON RAMIREZ, JASON CARDONA, RICHARD DEVIN OSPINA, a/k/a "Billy," ANDRES ARANGO, SANDRA RAMOS, JOSE MENDEZ, JULIAN MALPICA, and RICHARD DELGIUDICE, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FRANCO OLMEDA-RUEDA, RAFAEL DE LA CRUZ, JOSE LUIS PENA-VALENCIA, MIGUEL UBILES, RAMON RAMIREZ, JASON CARDONA, RICHARD DEVIN OSPINA, a/k/a "Billy," ANDRES ARANGO, SANDRA RAMOS, JOSE MENDEZ, JULIAN MALPICA, and RICHARD DELGIUDICE, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about March 17, 2005, in New Jersey, RAFAEL DE LA CRUZ, the defendant, possessed approximately $500,000 in United States currency.

b. On or about April 6, 2005, in New Jersey, RAFAEL DE LA CRUZ, the defendant, possessed approximately $500,000 in United States currency.

c. On or about May 23, 2005, in Oklahoma, FRANCO OLMEDA-RUEDA, the defendant, possessed approximately $739,000 in United States currency.

d. On or about July 1, 2005, in New Jersey, MIGUEL UBILES, RAMON RAMIREZ, and JOSE LUIS PENA-VALENCIA, the defendants, possessed approximately 67 kilograms of cocaine.

e. On or about July 1, 2005, in New Jersey, JASON CARDONA, the defendant, along with a co-conspirator not named as a defendant herein ("CC-1"), met with MIGUEL UBILES, RAMON RAMIREZ, and JOSE LUIS PENA-VALENCIA, the defendants, and a law enforcement officer working in an undercover capacity (the "UC").

f. On or about July 2, 2005, in New Jersey, ANDRES ARANGO, SANDRA RAMOS, and JOSE MENDEZ, the defendants, met with CC-1.

g. On or about July 5, 2005, in Manhattan, New York, RICHARD DEVIN OSPINA, a/k/a "Billy," the defendant, delivered approximately $180,000 to CC-1.

h. On or about July 5, 2005, in Manhattan, New York, JULIAN MALPICA, the defendant, received approximately $500,000 from CC-1.

i. On or about July 8, 2005, in Manhattan, New York, RICHARD DELGIUDICE, the defendant, met with CC-1, and the

UC and discussed DELGIUDICE's anticipated receipt of 10 kilograms of cocaine and two kilograms of heroin.

(Title 21, United States Code, Section 846.)

8/4/05

FOREPERSON

DAVID N. KELLEY
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FRANCO OLMEDA-RUEDA,
RAFAEL DE LA CRUZ,
JOSE LUIS PENA-VALENCIA,
MIGUEL UBILES,
RAMON RAMIREZ,
JASON CARDONA,
RICHARD DEVIN OSPINA,
a/k/a "Billy,"
ANDRES ARANGO,
SANDRA RAMOS,
JOSE MENDEZ,
JULIAN MALPICA, and
RICHARD DELGIUDICE,

Defendants.

**INDICTMENT**

05 Cr.

(Title 21, United States Code, Section 846.)

DAVID N. KELLEY
United States Attorney.

A TRUE BILL

8/4/05

Foreperson.

Post 11/87
RC
8/4/05

Indictment filed.

F. Maas. USMJ